IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| C. BURGESS, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| V | ) | 1:07 CV 231 |
| | ) | |
| ENFORCE MEDIA, INC., IWIZARD | ) | |
| HOLDING, INC., ADKNOWLEDGE, INC., | ) | |
| BASEBALL EXPRESS, INC., ALLEN- | ) | |
| EDMONDS SHOE CORPORATION, | ) | |
| INTERSEARCH GROUP, INC., TRUSCO | ) | |
| MANUFACTURING COMPANY, | ) | |
| PRICEGRABBER.COM, INC., | ) | |
| SHOPZILLA, INC., DAZADI, INC., and SIX | ) | |
| THREE ZERO ENTERPRISES, LLC., | ) | |
| | ) | |
|    Defendants | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* (#13) of Brian Recor of the law firm of Jones Day, 3 Park Plaza, Suite 1100, Irvine, CA 92614, (949)553-7573, to appear as counsel for the defendant, PriceGrabber.com, Inc. in this matter filed on July 2, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Brian Recor is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: August 10, 2007

Dennis L. Howell
United States Magistrate Judge