**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV231**

| | |
|---|---|
| **C. BURGESS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **EFORCE MEDIA, INC.; IWIZARD** ) | |
| **HOLDING, INC.; ADKNOWLEDGE,** ) | |
| **INC.; BASEBALL EXPRESS, INC.;** ) | |
| **ALLEN-EDMONDS SHOE** ) | |
| **CORPORATION; INTERSEARCH** ) | |
| **GROUP, INC.; TRUSCO** ) | |
| **MANUFACTURING COMPANY;** ) | |
| **PRICEGRABBER.COM, INC.;** ) | |
| **SHOPZILLA, INC.; DAZADI, INC.;** ) | |
| **and SIX THREE ZERO ENTERPRISES,**) | |
| **LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the

Court to reconsider its Order of July 19, 2007, striking the Plaintiff's notice

of voluntary dismissal.

Even though the Plaintiff's legal opinion is that the Court's Order is

not "legally correct," he provides no case law or other statutory authority

upon which to base such an opinion.  The Court finds the motion to be without merit and the Plaintiff is warned against future frivolous filings.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for reconsideration is **DENIED.**

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge