**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:07CV231**

| | |
|---|---|
| C. BURGESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   **ORDER OF DISMISSAL** |
| | ) |
| ALLEN-EDMONDS SHOE | ) |
| CORPORATION; and DAZADI, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER** is before the Court on the joint motion of Plaintiff and Defendant Allen-Edmonds Shoe Corporation to dismiss Plaintiff's claims against said Defendant with prejudice.

It appearing that these parties have resolved all matters in controversy between them and for the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff C. Burgess against the Defendant Allen-Edmonds Shoe Corporation are hereby **DISMISSED WITH PREJUDICE.**

2

Signed: November 30, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge