# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### File No. 1:07-CV-00231-LHT-DLH

| | |
|---|---|
| **C. BURGESS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DAZADI, INC.,** )<br>)<br>Defendants. ) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of Plaintiff and Defendant Dazadi, Inc., to dismiss this case with prejudice.

It appearing to the Court that the parties have resolved all matters in controversy between them, and all other Defendants having been dismissed from the action,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: December 5, 2007

Lacy H. Thornburg
United States District Judge